

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00717-CR

Wayne Edward **WEIRICH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6261
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The clerk's record was originally due December 5, 2017, but was not filed. The clerk of this court sent a notice to the trial court clerk, stating the record was late and requesting that the record be filed by January 4, 2018. *See* TEX. R. APP. P. 37.3(a)(1) (requiring the appellate clerk to notify the official responsible for filing the record that the record is late), 35.3(a) (providing "[t]he trial court clerk is responsible for preparing, certifying, and timely filing the clerk's record"). We received no response to our letter.

We therefore **order** the trial court clerk, Jan Davis, to file the clerk's record in this court no later than **February 8, 2018**. If the clerk's record is not timely filed, a show cause order shall issue directing the trial court clerk to appear before this court and show cause why they should not be held in contempt for failing to file the record. *See id.* R. 37.3(a)(1) (requiring us to "make whatever order is appropriate to avoid further delay and to preserve the parties' rights").

We further **order** the clerk of this court to cause a copy of this order to be served on the trial court clerk by certified mail, return receipt requested, and by regular United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See id.* R. 35.3(c).

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court